UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| RUSSELL CARR<br>BOP #58208-019 | * | CIVIL ACTION NO. 2:15-cv-629<br>SECTION P |
| v. | * | JUDGE MINALDI |
| BECKY CLAY | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 8) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 is **DISMISSED WITH PREJUDICE** because the court lacks jurisdiction to consider these claims.

Lake Charles, Louisiana, this 26 day of Jan, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE